DELIA B. MERRIAM, Respondent, *v.* JOHN W. MOYER
et al., Appellants.

*Merriam* v. *Moyer*, 158 App. Div. 953, affirmed.
(Submitted October 12, 1915; decided October 26, 1915.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
October 25, 1913, affirming a judgment in favor of plain-
tiff entered upon the report of a referee in an action to
compel the defendants to permanently remove two feet,
claimed by plaintiff to have been added by defendants to
the height of their three dams across Moose river, and
also to enjoin them from maintaining flash boards on such
dams.

*A. E. Kilby* and *C. E. Norris* for appellants.

*Myron G. Bronner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, Ch. J., CHASE, COLLIN, CUDDE-
BACK, CARDOZO, SEABURY and POUND, JJ.